IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | No. 11 C 4930 |
| Plaintiffs, | Judge Norgle |
| v. | Magistrate Judge Denlow |
| LASALLE GLASS AND MIRROR, CO., an Illinois corporation, and TERRY GOODRICH, Individually, | |
| Defendants. | |

## MOTION FOR ORDER OF DEFAULT AND JUDGMENT IN SUM CERTAIN

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ, THOMAS R. ALLEN and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability and Judgment in favor of Plaintiffs and against Defendant, LASALLE GLASS AND MIRROR, CO., and TERRY GOODRICH.

In support thereof, Plaintiffs state:

1. This case was filed on July 21, 2011.

2. Defendants were both served with Summons and Complaint on July 29, 2011.

3. In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

4. Per affidavit of Carolyn Frederick, Benefits Administrator for Plaintiff's Funds, Defendants LASALLE GLASS AND MIRROR, CO. and TERRY GOODRICH, individually, currently owe the Funds at least $43,583.46. (Exhibit A).

5. Per the affidavit of Thomas R. Allen, attorney for Plaintiffs in legal fees and

expenses have $2,964.00 been incurred in this suit. (Exhibit B)

**WHEREFORE**, Plaintiffs pray for:

1. An Order of Default against the Defendant.

2. Order Defendant to submit its records for an audit for the period April 1, 2010 through to the present.

3. Judgment be rendered in the amount of $46,547.46.

    Respectfully submitted,

    TRUSTEES OF THE GLAZIERS,
    ARCHITECTURAL METAL AND GLASS
    WORKERS LOCAL UNION NO. 27
    WELFARE AND PENSION FUNDS


By: s/ Thomas R. Allen
    One of their Attorneys

Donald D. Schwartz
Thomas R. Allen
**ARNOLD AND KADJAN**
203 N. LaSalle St., Ste. 1650
Chicago, Illinois 60601
(312) 236-0415